# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PRIVACASH, INC. v. AMERICAN EXPRESS

CASE NO. 2014-1735

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve it on the principal attorney for each party.)

Please enter my appearance:

___ Pro Se      _X_ As counsel for:  PrivaCash, Inc.

I am, or the party I represent is (select one):

___ Petitioner     ___ Respondent     ___ Amicus Curiae     ___ Cross Appellant

_X_ Appellant     ___ Appellee     ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

___ Petitioner or appellant          ___ Respondent or appellee

My address and telephone are:

Thomas A. Lewry
Brooks Kushman P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075-1238
Phone: (248) 358-4400
Fax: (248) 358-3351
E-mail: tlewry@brookskushman.com

Statement to be completed by counsel only (select one):

_X_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

___ I am replacing ___ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

___ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  7/3/1986

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only):

___ yes     _X_ no

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date:  September 26, 2014          /s/ Thomas A. Lewry
                                   Signature of Pro Se or Counsel

cc: All counsel of record