UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PRIVACASH, INC. v. AMERICAN EXPRESS

CASE NO. 2014-1735

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve it on the principal attorney for each party.)

Please enter my appearance:

　　　 Pro Se　　　 X 　 As counsel for:　 PrivaCash, Inc.

I am, or the party I represent is (select one):

　　　 Petitioner　　　 Respondent　　　 Amicus Curiae　　　 Cross Appellant

　 X 　 Appellant　　　 Appellee　　　 Intervenor

As amicus curiae or intervenor, this party supports (select one):

　　　 Petitioner or appellant　　　 Respondent or appellee

My address and telephone are:

　　John S. Le Roy
　　Brooks Kushman P.C.
　　1000 Town Center, 22nd Floor
　　Southfield, MI 48075-1238
　　Phone: (248) 358-4400
　　Fax: (248) 358-3351
　　E-mail: jleroy@brookskushman.com

Statement to be completed by counsel only (select one):

　　　 I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

　　　 I am replacing ___ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

　 X 　 I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):　 12/2/2002

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only):

　　　 yes　　 X 　 no

　　　 A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date: September 26, 2014　　　　　　 /s/ John S. Le Roy
　　　　　　　　　　　　　　　　　　　 Signature of Pro Se or Counsel

cc: All counsel of record